UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Y. P. V. R.                                           CASE NO. 3:26-CV-00421 SEC P

VERSUS                                               JUDGE DAVID C. JOSEPH

KRISTI NOEM, ET AL                                   MAGISTRATE JUDGE THOMAS P.
                                                     LEBLANC

### MEMORANDUM ORDER

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS (the "Petition") filed by Petitioner, Y.P.V.R.[1] ("Petitioner"). [Doc. 1]. Federal Respondents answered the Petition on March 19, 2026, pursuant to the Court's expedited briefing schedule. [Doc. 17].

Petitioner is a native and citizen of Venezuela, who arrived in the United States with her son in August 2023. [Doc. 1, p. 9]. Following a brief period of detention, Petitioner and her son were released on their own recognizance with Intensive Supervision Appearance Program ("ISAP") monitoring. [*Id.*]. Petitioner became pregnant and gave birth to a daughter in 2024. [*Id.*].

Petitioner was re-detained on January 30, 2026, while attending a routine IASP check-in. [*Id.*]. Petitioner alleges that she was still nursing her daughter at the time of her re-detention.

---

[1]     Petitioner was granted leave to proceed anonymously based on allegations that she is a victim of human trafficking and a government informant. [Doc. 12].

Although Respondents answered the Petition generally, they did not address Petitioner's claim that she is a nursing mother entitled to release pursuant to ICE Directive 11032.4.

Under the *Accardi* doctrine, agencies are bound to abide by their own regulations or internal procedures. *See Richardson v. Joslin*, 501 F.3d 415, 418 (5th Cir. 2007); *see also Accardi v. Shaugnessy*, 347 U.S. 260, 268 (1954).

Accordingly,

IT IS HEREBY ORDERED that a Show Cause Hearing is set for **April 2, 2026, at 2:30 p.m.**, **in Courtroom 1, Lafayette, Louisiana,** at which Respondents shall appear and be prepared to show cause why Petitioner's release on parole is impermissible, or what exceptional circumstances exist that prohibit her release on parole pursuant to ICE Directive 11032.4.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to issue a Writ of Habeas Corpus Ad Prosequendum for Petitioner's presence at the hearing April 2, 2026, to be served on the Warden, Richwood Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in Chambers on this 23rd day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE