**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

Y P V R                                       **CIVIL DOCKET NO. 3:26-CV-0421**

**VERSUS**                                    **JUDGE DAVID C. JOSEPH**

**KRISTI NOEM ET AL**                         **MAGISTRATE JUDGE THOMAS P. LEBLANC**

## ORDER

Considering Petitioner Y P V R's JOINT MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [REC 35];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Y P V R is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 6th day of April 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE